# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HERMAN CHANDLER, JR.

CIVIL ACTION

VERSUS

18-353-SDD-RLB

RYDER TRUCK RENTAL, INC., ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 13, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. However, having considered the objection, and in the interest of justice, the Court hereby grants Plaintiff thirty (30) days from the date of this *Order* to perfect service on Nathan Johnson.

**IT IS ORDERED**, the Plaintiff's claims against Defendant, Heberto Balbuena, are hereby DISMISSED without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A).

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 74.
[3] Rec. Doc. 75.

**IT IS FURTHER OREDERED** that the Plaintiff is hereby granted leave of thirty (30) days from the date of this *Order* to perfect service on Nathan Johnson or suffer dismissal as recommended in the *Report and Recommendation* of the Magistrate Judge (Rec. Doc. 74)

Baton Rouge, Louisiana the 9th day of July, 2019.

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**